United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FLEXTRONICS INTERNATI,
Plaintiff(s),
v.
LIGHTSPEED MANUFACTI,
Defendant(s).

Case No. 3:26-cv-8786 TSH

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, James J. Walsh Jr., an active member in good standing of the bar of the State of Ohio, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Flextronics International Europe I in the above-entitled action. My local co-counsel in this case is Carlo J. Lipson, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 351153.

| | |
|---|---|
| 127 Public Square, Suite 4900, Cleveland, OH 44144 | 100 Pine Street, Suite 3100, San Francisco, CA 94111 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (216) 363-4500 | 628.600.2250 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| jwalsh@beneschlaw.com | clipson@beneschlaw.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: OH 0096660.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court zero times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 8, 2026

James J. Walsh Jr.
APPLICANT

---

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of James J. Walsh Jr. is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: September 8, 2026

UNITED STATES MAGISTRATE JUDGE

United States District Court
Northern District of California